## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

I, Christopher Fassler, being duly sworn and under oath state the following:

1.     I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI).  I have been employed by the FBI since March of 2011.  I am currently assigned to the Akron Resident Agency of the Cleveland Field Division

2.     As a Special Agent with the FBI, I currently investigate criminal matters as a member of the Greater Akron Area Safe Streets Task Force focusing on violent crime, gangs and narcotics offenses.

3.     I am submitting this affidavit in support of an Application for an Arrest Warrant pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. 3052, authorizing the arrest of ANTONIO DORMAN, date of birth 05/XX/19XX.

4.     I have personally participated in the investigation set forth below.  I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other agents and law enforcement officers; from my discussions with witnesses involved in the investigation; and from my review of records and reports relating to the investigation.  Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another Special Agent, law enforcement officer or witness who had either direct or hearsay knowledge of that statement and to who I or others have spoken or whose reports I have read or reviewed.  Since this Affidavit is submitted for the limited purpose of securing an Arrest Warrant, I have not included details of every aspect of the investigation.

5.     Based upon the investigation to date, I assert probable cause exists to believe that on or about May 22, 2018, in the Northern District of Ohio, ANTONIO DORMAN did commit a violation of Title 21, United States Code, Section 841(a)(1), that is possession with intent to

distribute a controlled substance.

## BACKGROUND OF THE INVESTIGATION

6.      In late May of 2018, the Akron Resident Agency of the Federal Bureau of Investigation received information from authorities in West Virginia regarding an Akron, Ohio, based drug trafficker that had been arrested in their state with more than one thousand grams of crystal methamphetamine.

7.      Confidential Source (CS) – 1 is the above referenced Akron based drug trafficker.  Law enforcement has corroborated the information provided by CS-1 through independent investigation and believes it to be credible.  CS-1 advised that the quantity of methamphetamine that he/she was arrested with in West Virginia had been purchased from an individual at the Sheraton Suites, 1989 Front Street, Cuyahoga Falls, Ohio.  CS-1 advised that he/she had purchased the drugs at that location during the afternoon of May 22, 2018.

8.      CS-1 advised that the transaction had been brokered through a known intermediary and that CS-1 had never met face to face with the supplier.

9.      CS-1 advised that he/she had provided approximately $18,000 to the known intermediary and an associate in return for four pounds of methamphetamine while inside a parked car outside of the Sheraton Suites on May 22, 2018.

10.     CS-2 is associated with the intermediary that brokered the drug transaction that took place on May 22, 2018, at the Sheraton Suites. CS-2 was also directly involved in facilitating the transaction.   Law enforcement has corroborated the information provided by CS-2 through independent investigation and believes it to be credible.

11.     CS-2 stated that he/she and the ultimate supplier of the methamphetamine had coordinated the transaction via their cellular telephones.

12.     CS-2 identified the supplier of the methamphetamine as ANTONIO DORMAN, date of birth 05/XX/19XX.

13.     I have reviewed telephone records associated with the cellular telephone of CS-2. This review corroborated that CS-2 had significant contact during the afternoon hours of May 22, 2018, with a telephone number that has been identified during this investigation as being associated with DORMAN.

14.     CS-2 acknowledged that he/she received funds from CS-1 in the parking lot of the Sheraton Suites.  CS-2 then provided these funds to DORMAN.  CS-2 was then given the methamphetamine for delivery to CS-1.

15.     In 2004, ANTONIO DORMAN was convicted of Aggravated Robbery, a Felony of the First Degree, in the Summit County Court of Common Pleas.  In 2007, DORMAN was convicted of Robbery and Having Weapons Under Disability, Felonies of the Third Degree, in the Summit County Court of Common Pleas.  In 2011, DORMAN was convicted of Trafficking in Marijuana, a Felony of the Third Degree, in the Summit County Court of Common Pleas.

16.     In 2014, DORMAN was convicted in the United States District Court, Northern District of Ohio, of Conspiracy to Distribute Heroin.

17.     During the commission of the crimes alleged in this affidavit, DORMAN was under the supervision of the United States Probation Office.

18.     CS-2 advised that he/she received the methamphetamine from a room in the Sheraton Suites occupied by DORMAN, a woman believed to be Tokeia Robinson, and another unknown black male.  The drugs were contained in a large green suitcase.  During interaction with DORMAN, CS-2 learned that DORMAN, or someone else associated with the drug transaction, had also rented a second room at the Sheraton Suites on that date.

19.    I have reviewed hotel records associated with room rentals at the Sheraton Suites for the date of May 22, 2018.

20.    Hotel records reflect that DORMAN checked in to room 202 at the Sheraton Suites in Cuyahoga Falls, Ohio, on May 22, 2018, at 3:12 PM.  The number of guests on the receipt was listed as one.

21.    The transaction referenced in Paragraph 20 was captured on hotel surveillance cameras. Through this and other investigations, I am familiar with DORMAN.  It is my belief that the individual captured in the surveillance video is ANTONIO DORMAN.

22.    Hotel records reflect that Ramon Wright, date of birth 12/XX/19XX, checked into room 502 at the Sheraton Suites in Cuyahoga Falls, Ohio, on May 22, 2018, at 1:59 PM.  The number of guests on the receipt was listed as one.

23.    The transaction referenced in Paragraph 22 was captured on hotel surveillance cameras. Through this and other investigations, I am familiar with Wright.  It is my belief that the individual captured in the surveillance video is Ramon Wright.

24.    In 2007, Wright was convicted of Robbery, a Felony of the Third Degree, in Summit County Common Pleas Court.  In 2010, Wright was convicted of Possession of Cocaine, a Felony of the Fourth Degree, in Summit County Common Pleas Court.

25.    In 2011, Wright was convicted in United States District Court, Northern District of Ohio, for Unlawful Transport of Firearms.

26.    On May 23, 2018, cleaning personnel at the Sheraton Suites in Cuyahoga Falls, Ohio, located a Glock 9mm handgun that had been left behind in room 502.  Front office personnel contacted the Cuyahoga Falls Police Department.  The handgun was recovered from the same room that had been rented the previous day by Ramon Wright.

27.     As the police were in route, Tokeia Robinson, date of birth 01/XX/19XX, arrived at the hotel to claim ownership of the handgun.  When the officer arrived he determined that Robinson had a valid permit to carry a concealed weapon and that the weapon was not stolen.  The weapon was turned over to her by law enforcement.

28.     During the course of this and other investigations, law enforcement has identified Tokeia Robinson to be a girlfriend of Ramon Wright.

29.     Prior surveillances and investigation by law enforcement indicates that ANTONIO DORMAN and Ramon Wright are close criminal associates.

30.     Based upon the known relationship between DORMAN and Wright, coupled with CS-2's identification of Robinson in DORMAN's room during the drug transaction, it is my belief that the unknown black male also present during the transaction was, in fact, Ramon Wright.

31.     Based upon the foregoing, I respectfully request that a Warrant be issued authorizing law enforcement officers to arrest ANTONIO DORMAN for a violation of Title 21, United States Code, Section 841(a)(1), possession with intent to distribute a controlled substance.

Christopher Fassler
Special Agent
Federal Bureau of Investigation


Sworn and subscribed to before me
this 30th day of October, 2018.


Kathleen B. Burke
UNITED STATES MAGISTRATE JUDGE